# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

RONNIE J. NIXON                                                                PLAINTIFF

V.                          NO: 3:10CV00031 JLH/HDY

JACK McCANN *et al.*                                                         DEFENDANTS

## ORDER

On March 12, 2010, Defendants filed a notice indicating that Plaintiff is no longer held at the Craighead County Detention Center, and seeking relief from the Court's February 26, 2010, order directing monthly payments from Plaintiff's prison trust account (docket entry #12). Because Plaintiff is not incarcerated, Defendants are not required to send monthly payments to the Court. However, if Plaintiff is returned to Defendants' custody, they are directed to comply with the collection and forwarding requirements set forth in the order.

IT IS SO ORDERED this __15__ day of March, 2010.

_____
UNITED STATES MAGISTRATE JUDGE