# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

RONNIE J. NIXON                                                       PLAINTIFF

V.                          NO: 3:10CV00031 JLH/HDY

JACK McCANN *et al.*                                       DEFENDANTS

## ORDER

Plaintiff filed this *pro se* complaint, pursuant to 42 U.S.C. § 1983, on February 16, 2010, and he was granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a). However, it now appears that Plaintiff has been released from custody.

When a plaintiff is released from confinement, the Court's policy is to require re-submission of affidavits to determine whether he should be required to pay all, or a portion of, the fees and costs of the lawsuit. Accordingly, if Plaintiff wishes to proceed with this lawsuit, he is directed to, within thirty (30) days, resubmit an IFP application which reflects his free-world financial status. Plaintiff's failure to do so will result in the recommended dismissal of this action, without prejudice.

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to forward an IFP application to Plaintiff.

2. Plaintiff is directed to submit, no later than thirty (30) days after the entry of this order, either the $350.00 statutory filing fee, or to complete and sign the IFP application, and file it. Plaintiff's failure to do so will result in the recommended dismissal of his complaint.

DATED this __15__ day of March, 2010.

_____
UNITED STATES MAGISTRATE JUDGE