# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

RONNIE J. NIXON                                                                                       PLAINTIFF

V.                                      NO: 3:10CV00031 JLH/HDY

JACK McCANN *et al.*                                                                           DEFENDANTS

## ORDER

Plaintiff filed this complaint on February 16, 2010, alleging generally that the conditions at the Craighead County Jail did not meet constitutional standards. On February 26, 2010, Plaintiff was directed to file an amended complaint, which specified how long he was held in the objectionable conditions, the specific harm he sustained as a result of the conditions, and the reason he believes each Defendant is responsible for the conditions (docket entry #8). To date, Plaintiff has not filed the amended complaint as ordered. However, in light of Plaintiff's *pro se* status, he will be granted additional time to file the amended complaint.

IT IS THEREFORE ORDERED THAT Plaintiff file his amended complaint no later than 14 days after the entry of this order. Plaintiff's failure to file the amended complaint will result in the recommended dismissal of his complaint.

DATED this   30   day of March, 2010.

_____
UNITED STATES MAGISTRATE JUDGE