**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

RONNIE J. NIXON                                                                                                    PLAINTIFF

v.                                                    NO: 3:10CV00031 JLH

JACK McCANN, *et al.*                                                                                          DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 24th day of June, 2010.

*J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE